# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2617

_____

United States of America,

      Appellee,

v.

Milo Blaine Whitetail,

      Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of North Dakota.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted: January 14, 2011
Filed: January 28, 2011

_____

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate Milo Whitetail appeals the district court's[1] order denying his motion to vacate a garnishment order. Upon careful review, we conclude that the district court did not clearly err or abuse its discretion by finding that Whitetail was properly served with the application for writ of garnishment, the writ of garnishment, and a notice of garnishment and instructions to debtor; or by determining that tribal disbursements are not exempt property. See 18 U.S.C. § 3613(a),(f); 28 U.S.C.

_____

[1]The Honorable Ralph R. Erickson, Chief Judge, United States District Court for the District of North Dakota.

§ 3202(b),(c); 28 U.S.C. § 3205(c)(3); <u>Jones v. Swanson</u>, 512 F.3d 1045, 1048 (8th Cir. 2008) (standard of review).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____